# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) |
| Pablo Jonuel Fuentes Morales | ) Case No. 24-1015 (MJ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 12/30/2021 in the county of ---- in the ---- District of Puerto Rico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1),(b)(1)(B) | Possession with intent to distribute 500 grams or more of a mixture or a substance containing a detectable amount of cocaine |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT. The government is seeking detention
Reviewed by SAUSA Carlos J. Romo Aledo

☑ Continued on the attached sheet.

MICHAEL S VILLANUEVA ACEVEDO
Digitally signed by MICHAEL S VILLANUEVA ACEVEDO
Date: 2024.10.24 19:11:25 -04'00'

*Complainant's signature*

Michael Villanueva Acevedo HSI SA
*Printed name and title*

Suscribed and Sworn pursuant to FRCP 4.1 at
by telephone at 9:10 a.m. on

Date: October 25, 2024

Hon. Bruce J. McGiverin
*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Bruce J. McGiverin Magistrate Judge
*Printed name and title*