## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Villanueva Acevedo, a Special Agent with the Department of Homeland Security Investigations, hereinafter referred to as HSI, being duly sworn, depose and state as follows:

### AGENT BACKGROUND

1. I am a Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), San Juan, Puerto Rico and have been so employed since 2022. I am an investigative or law enforcement officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in 18 U.S.C. § 2516. As a Special Agent, my responsibilities include conducting investigations of the alleged manufacture, distribution and possession of controlled substances, importation of controlled substances, smuggling of goods into the United States, firearm's violations, and other related offenses.

2. I have attended the Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center in Glynco, Georgia. I was trained in conducting investigations related to general violations and narcotics smuggling, which includes distribution activities where investigations commonly conducted are related to violations of Titles 8, 18, 19, 21 and 31 of the United States Code (USC). I have had approximately 600 hours of training by the Georgia Peace

Officer Standards and Training Council (POST). I am a graduate of Savannah State University with a Bachelor of Science in Criminal Justice. I served as a Police Officer with the Savannah Police Department for approximately three years. I have participated in the execution of numerous search/arrest warrants throughout the city of Savannah, Georgia and as a result, have participated in the seizure of evidence to include firearms and narcotics.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause justifying the issuance of an arrest warrant, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

4. The facts and information contained in this affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals, including other federal, state, and local law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint charging Pablo Jonuel FUENTES Morales violated Title 21 U.S.C. 841(a)(1) Possession of a controlled substance (Cocaine) with intent to distribute.

5. I have set forth only the facts that I believe are necessary to establish probable cause to support this criminal complaint.

### FACTS IN SUPPORT OF PROBABLE CAUSE

6. On December 16, 2021, an investigator from the Hernando County Sheriff's Office in west Florida, was contacted by the Pasco County Sheriff's Vice and Narcotics unit in reference to a suspected narcotics package going to Spring Hill Florida. A Priority Mail Parcel, with tracking number 9505511114721347123578, addressed to Pablo FUENTES, 1216 Farley Avenue, Spring Hill, Florida 34606, bearing a return address in San Juan, Puerto Rico was intercepted.

7. On December 16, 2021, a detective of the Pasco County Sheriff's Office and also designated as task force officer from the United States Postal Inspection Service (USPIS), conducted a free-air search of the parcel using his canine partner. Subsequently after sniffing numerous packages, the canine alerted to the parcel in question. The detective from the Pasco County Sheriff's office executed a search warrant for the aforementioned parcel. After the Judge signed the search warrant, the parcel was opened. The parcel contained a black and silver cash box. Inside the cash box was approximately 1.16 kilograms of cocaine. The cocaine tested positive utilizing a "TruNarc" handheld narcotics analyzer which utilizes the substances underlying chemistry to identify the substance. The parcel was delayed to further the investigation. Below you will see images of the parcel and its contents.

  

8. On December 21, 2021, a Spanish speaking male called into the post office attempting to get information on the package using phone number 787-688-5420. According to a Pasco County detective, said phone number is associated with Pablo Fuentes. Through state driver records, a Hernando County detective found that a Hispanic male and female with the same two last names (Fuentes-Morales) reside at 1216 Farley Avenue, Spring Hill, Florida 34606.

9. The parcel was received and placed into evidence by the Hernando County Sheriff's office to continue the investigation. On December 29, 2021, FUENTES spoke with a USPIS Inspector and made arrangements to pick up the parcel. FUENTES arrived at the postal office on December 30, 2021, and signed a USPS form which confirmed the parcel belonged to FUENTES. FUENTES also provided a USPIS inspector with his Florida driver's license in which the inspector confirmed it was the same name on the form provided. FUENTES received the parcel and walked out of the post office where he was arrested by Hernando County detectives.

10. FUENTES was read his Miranda Rights in Spanish and agreed to speak with detectives. FUENTES admitted the address on the package and the package itself belonged to him. However, the package came from his cousin in Puerto

Rico and that it was a Nintendo Switch gaming system. FUENTES was taken to the Hernando County Detention Center for processing.

11. Later, on September 18, 2024, Pablo Fuentes admitted under oath knowing that the package actually contained cocaine and that it was sent originally from Puerto Rico by one of his associates.

**CONCLUSION**

12. Based upon my training, experience, and facts concerning this investigation, I respectfully believe there is sufficient probable cause to show that Pablo Jonuel FUENTES Morales possessed 1.16 kilograms of cocaine, with intent to distribute or dispense the substance in violation of Title 21 U.S.C. 841(a)(1) I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Michael Villanueva, Special Agent
HSI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at <u>9:10 a.m.</u> in San Juan, Puerto Rico, on October 25, 2024.

Honorable Bruce J. McGiverin
United States Magistrate Judge