IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*Plaintiff,*<br><br>v.<br><br>**PABLO JONUEL FUENTES MORALES**<br><br>*Defendant.* | **INDICTMENT**<br><br>CRIMINAL NO. 24-430 (MAJ)<br><br>VIOLATIONS:<br><br>**COUNT ONE**<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br><br>**NARCOTICS FORFEITURE ALLEGATION**<br>21 U.S.C. § 853 and Rule 32.2(a) F.R.C.P. |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
**Possession with Intent to Distribute Cocaine**
**(Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))**

On or about December 30, 2021, in the District of Puerto Rico and elsewhere and within the jurisdiction of this Court,

**PABLO JONUEL FUENTES MORALES,**

the defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance. All in violation of Title 21, *United States Code,* Section 841(a)(1) and (b)(1)(B).

## NARCOTICS FORFEITURE ALLEGATION
21 U.S.C. § 853

The allegations contained in Count One of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of one or more of the controlled substance offenses alleged in Count One of this Indictment, defendant **PABLO JONUEL FUENTES MORALES** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

A. A sum of money equal to the value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense alleged in Count One and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense alleged in Count One, which may be entered in the form of a forfeiture money judgment;

B. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

TRUE BILL

FOREPERSON
Dated: NOV. 6, 2024

W. STEPHEN MULDROW
United States Attorney

Teresa Zapata Valladares
Assistant United States Attorney
Deputy Chief, Gang Unit

Carlos J. Romo-Aledo
Special Assistant United States Attorney