# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**  
**U.S. MAGISTRATE JUDGE MARSHAL D. MORGAN**  
COURT REPORTER: **DCR**

DATE: November 6, 2024  
AUSA Carlos Jose Romo-Aledo  
COURTROOM NO: **OSJ 6**

UNITED STATES OF AMERICA

Plaintiff

v

PABLO JONUEL FUENTES-MORALES (1)  
Defendant(s)

Return of  
Indictment by the Grand Jury  
Criminal No. **24-CR-00430 (MAJ)**

Indictment was filed in open court.

**Arraignment / Bail Hearing set for November 8, 2024 at 3:30 PM in Hato Rey Courtroom 1 before Magistrate Judge Marcos E. Lopez.**

Case is assigned to Judge Maria Antongiorgi-Jordan.

**NEW CASE:**

☐ This Indictment supersedes Criminal Case No. _____.

☒ Defendant(s) **appeared** in 24-MJ-1015. Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case -----. but **not arrested.** Magistrate case merged and closed.

☐ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☐ Defendant(s) to remain on same bond.

☒ Defendant is under custody. Marshal to produce defendant.

☐ Arrest warrants to be issued.

☐ Summons to be issued.

**S/Migdalia I. Garcia-Cosme**  
Courtroom Deputy Clerk