# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff | |
| VS. | **CRIM. NO. 24-430 (MAJ)** |
| ***PABLO JONUEL FUENTES-MORALES (1)*** | |
| Defendants | |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

COMES NOW the Defendant, **PABLO JONUEL FUENTES-MORALES (1),** by and through its undersigned attorney, and very respectfully ALLEGES and PRAYS:

1. Today, undersigned attorney is filing *Motion For Release on Bail*; in compliance with Standing Order 9 said Motion is being filed via the "selected parties" because it contains privileged and personal information (access will be granted only to the U.S. Attorney, U.S. Probation Office, and undersigned attorney).

**WHEREFORE:** Appearing defendant most respectfully requests this Honorable Court to consider the present:

Case 3:24-cr-00430-MAJ   Document 11   Filed 11/08/24   Page 2 of 2

*MOTION TO RESTRICT, November 7, 2024*
*Crim. No. 24-430 (MAJ)*
*Page 2 of 2*

a. Granting the request to restrict because the restriction outweighs the right to public access of the information contained in the "selected parties" motion, providing access only to: the U.S. Attorney, U.S. Probation Office and undersigned attorney.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, November 7, 2024.

**CERTIFICATE OF SERVICE:** I, **RAMON L. GARAY-MEDINA,** Counsel for appearing defendant, do hereby CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification to all parties of record.

>Law Offices Of
>**RAMON L. GARAY-MEDINA**
>Attorney for Defendant
>100 Grand Paseos Blvd.
>PMB 286, Suite 112
>San Juan, P.R.  00926-5902
>Tels. (787) 758-0340
>E mail: garaylawpr@hotmail.com
>          Garaylaw1@gmail.com

>By:  */S/ RAMON L. GARAY MEDINA*
>     **RAMON L. GARAY MEDINA, Esq.**
>     U.S.D.C.-P.R.  202611