# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br> **PABLO JONUEL FUENTES MORALES,** Defendant. | Criminal No. 24-430 (MAJ) & 24-772 (BJM). |

## INFORMATIVE MOTION AND REQUESTING ORDER

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorney and very respectfully states and prays that:

1. Defendant Pablo Fuentes Morales was indicted in case 24-430 (MAJ).

2. At the time of filing this motion Defendant is also awaiting a sentence computation for case 22-385 (PAD) to which he was sentenced on October 4, 2024, to Twenty-Seven months See ECF 22-385 (PAD) at 84.¹ The Defendant also has a material witness complaint in 24-772 (BJM) under 18 U.S.C § 3144.

3. In addition, the Defendant had until recently appeared on file with certain detainers on file as material a witness and state arrest warrants.

---

1 Twenty-Seven months have already passed since the Defendant has been in federal custody.

4. The Government submits that those state arrest warrants and detainers have been withdrawn by the corresponding State authorities.²

5. To streamline all matters regarding the new indictment and all proceedings related to this Defendant the Government moves that standard conditions of release be granted on Defendant Fuentes Morales in case 24-772 (BJM), the material witness complaint.

6. The Government also moves that going forward any additional conditions for the Defendant be set in case 24-430 (MAJ) to be determined at the bail hearing set for November 22, 2024.

7. In the context of § 3144, the relevant inquiry is only whether conditions exist that will reasonably assure the person's appearance - not whether the person is a danger to the community. Cf. United States v. Awadallah, 349 F.3d 42, 63 n.15 (2d Cir. 2003) (citing legislative history of the Bail Reform Act for the proposition that the relevant inquiry in the material witness context is only whether the individual is likely to appear). Thus, the primary § 3142(g) factor to be considered is "the person's history and characteristics." 18 U.S.C. § 3142(g)(3); Awadallah, 349 F.3d at 63 n.15 (finding that the magistrate properly considered the material witness's "character, his physical and mental condition, his family, employment, and community ties, and his financial resources").

---

² See Exhibit 1 and 2.

8. Therefore, the undersigned requests that Conditions of release for the Defendant be granted in 24-772 (BJM), and that any additional conditions for the Defendant be determined at the bail hearing set for November 22, 2024 in 24-430 (MAJ).

**WHEREFORE**, the United States respectfully requests that the Court grant this motion and any other ruling it deem necessary.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st of November 2024.

    W. STEPHEN MULDROW
    UNITED STATES ATTORNEY

    *s/Carlos Romo-Aledo*
    **Carlos Romo-Aledo**, USDC 230407
    Special Assistant United States Attorney
    Torre Chardon
    350 Avenida Carlos Chardon, Suite 1201
    San Juan, Puerto Rico 00918-2142
    787-766-5656
    carlos.romo.aledo@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Carlos Romo-Aledo*
**Carlos Romo-Aledo**, USDC 230407
Special Assistant United States Attorney
Torre Chardon
350 Avenida Carlos Chardon, Suite 1201
San Juan, Puerto Rico 00918-2142
787-766-5656
carlos.romo.aledo@usdoj.gov