IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
OF THE STATE OF FLORIDA, IN AND FOR HERNANDO COUNTY

STATE OF FLORIDA            CASE NO. 2022-CF-000004-A
                            AGENCY #: 202139110
VS.

PABLO JONUEL FUENTES MORALES/        CHARGE:
                            1 - TRAFFICKING IN COCAINE[FDLE: 3536]

## NOLLE PROSEQUI

Comes now the State of Florida, by and through its undersigned Assistant State Attorney, and enters its announcement of nolle prosequi against the Defendant, PABLO JONUEL FUENTES MORALES, in the above-entitled cause based on the following grounds:

DEFENDANT HAS BEEN FEDERALLY INDICTED FOR THIS OFFENSE

DATED this 18th day of November, 2024.

I HEREBY CERTIFY that a copy of the above has been furnished to HERNANDO COUNTY JAIL 16425 SPRING HILL DR Brooksville, FL 34604 by hand or mail delivery or electronic service or facsimile this 18th day of November, 2024.

WILLIAM M. GLADSON
STATE ATTORNEY
FIFTH JUDICIAL CIRCUIT OF FLORIDA

BY /s/ CONRAD STUART JUERGENSMEYER
CONRAD STUART JUERGENSMEYER
Assistant State Attorney
Fla. Bar No. 0998702
20 N Main St, Room 400
Brooksville, FL 34601
(352) 754-4255
eservicehernando@sao5.org

H-2022-00792-A